**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE, et al., ) | Case No.: CV 16-6053 DSF (JCx) |
| Plaintiffs, ) | |
| v. ) | JUDGMENT |
| QUALITY LOAN SERVICE CORPORATION, et al., ) | |
| Defendants. ) | |

The Court having ordered that the case be dismissed by consent of plaintiff as evidenced by lack of opposition to two motions to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed with prejudice.

10/18/16

Dated: _____    _____
                             Dale S. Fischer
                             United States District Judge